**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BSNF Railway Company,<br><br>    Plaintiff,<br><br>vs.<br><br>Coconino Land & Cattle LLC,<br><br>    Defendant.<br>―――――――――――――――<br>Coconino Land & Cattle LLC<br><br>    Third Party Plaintiff,<br><br>vs.<br><br>Cattellus Development Company,<br><br>    Third Party Defendant. | No. CV-07-8068-PCT-PGR<br><br>ORDER |

    The parties having filed a Joint Stipulation to Dismiss Third Party Complaint Regarding Catellus Development Company (doc. #23),

    IT IS ORDERED that Third Party Plaintiff Catellus Development Company's Motion to Dismiss for Failure to State a Claim Upon Which Relief can be Granted [and] Motion for More Definite Statement (doc. #21) are both deemed withdrawn.

IT IS FURTHER ORDERED that Third Party Plaintiff Coconino Land & Cattle LLC's complaint against Third Party Defendant Catellus Development Company (doc. #15) is dismissed without prejudice, each party to bear its own costs and attorneys' fees incurred.

DATED this 17th day of October, 2007.

Paul G. Rosenblatt
United States District Judge