**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BNSF Railway Company,<br><br>　　　　Plaintiff,<br>　vs.<br><br>Coconino Land & Cattle LLC,<br><br>　　　　Defendant. | No. CV-07-8068-PCT-PGR<br><br>ORDER |

In light of the plaintiff's pending Motion for Summary Judgment (doc. #45) and the recent death of the defendant's lead counsel,

IT IS ORDERED that the parties' Stipulated Motion to Amend Scheduling Order (doc. #63) is granted to the extent that the Pretrial Conference set for September 29, 2008, the deadline for filing proposed findings and conclusions and trial briefs, and the trial set for October 21, 2008, are all vacated.

IT IS FURTHER ORDERED that the defendant's Request for 60 Day Stay (doc. #66) is granted to the extent that the defendant shall file its response to the plaintiff's Motion for Summary Judgment no later than December 2, 2008.

DATED this 23rd day of September, 2008.

_____
Paul G. Rosenblatt
United States District Judge