**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BNSF Railway Co.,            )<br>             )<br>       Plaintiff,       )<br>vs.          )<br>             )<br>Coconino Land and Cattle LLC )<br>             )<br>       Defendant.       )<br>_____) | No. 07-8068-PCT-PGR<br><br><br>**ORDER** |

Currently before the Court is the "Stipulated Motion for an Extension of Time for Plaintiff to File a Reply Memorandum" (Doc. 71) in Support of its for Summary Judgment.[1] Good cause appearing,

IT IS HEREBY ORDERED **GRANTING** the motion. (Doc.71.) Plaintiff BNSF shall file its Reply no later than **Wednesday, January 7, 2009**.

DATED this 17th day of December, 2008.

Paul G. Rosenblatt
United States District Judge

---

[1] The Court previously granted Defendant Coconino an extension of time to file its Response to the Motion for Summary Judgment. (Doc. 67.)