**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| BNSf Railway Co., | ) | No. 07-8068-PCT-PGR |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| Coconino Land and Cattle LLC | ) | |
| Defendant. | ) | |

Currently before the Court is the parties' Joint Motion for a Scheduling Conference (doc. 80.) The parties previously requested a settlement conference with a magistrate judge and this Court granted such request. Thus, the Court finds it premature to nevertheless schedule a scheduling conference. As far as defendant's request to designate an expert witness at this time, the Court will require the parties to adhere to its prior order regarding discovery. Defendant shall not be disadvantaged by any delay that may occur between now and the settlement conference. Furthermore, issues pertaining to case management will be reserved for this Court.

IT IS ORDERED DENYING the Joint Motion for a Scheduling Conference (doc. 80.)

IT IS FURTHER ORDERED DENYING the parties' request to set a telephonic status conference in the event the Court denied the current motion.

DATED this 26th day of May, 2009.

Paul G. Rosenblatt
United States District Judge