**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| BNSF Railway Co., | ) | No. 07-8068-PCT-PGR |
| Plaintiff, | ) | |
| vs. | ) | **AMENDED SCHEDULING ORDER** |
| Coconino Land and Cattle LLC | ) | |
| Defendant. | ) | |

Having reviewed the Stipulation of the parties (Doc. 155) following the telephonic discovery conference held March 24, 2010, and good cause appearing therefore,

IT IS HEREBY ORDERED that Coconino will provide a supplemental report by Dennis Percy to BNSF by **Friday, April 2, 2010.** BNSF will then provide a rebuttal to the supplemented Percy report by **Friday, April 16, 2010.**

IT IS FURTHER ORDERED that all discovery, including expert discovery, will be completed by **Monday, April 26, 2010** and any additional dispositive motions shall be filed no later than **Friday, May 14, 2010.**

DATED this 5th day of April, 2010.

Paul G. Rosenblatt
United States District Judge