**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| BNSF Railway Co., | ) | No. 07-8068-PCT-PGR |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| Coconino Land and Cattle LLC | ) | |
| Defendant. | ) | |

Currently before the Court is Defendant's Motion to Appoint a Magistrate Judge to Conduct a Settlement Conference. (Doc. 158.) However, at no point in the motion does the Defendant state whether Plaintiff is amenable to a settlement conference. This Court will not appoint a magistrate judge for a settlement conference unless all parties are amenable thereto.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff has until Friday, April 9, 2010 to file a written notice with the Court stating whether it is amenable to the appointment of a magistrate judge for the purpose of a settlement conference.

DATED this 5th day of April, 2010.

Paul G. Rosenblatt
United States District Judge