**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| BNSF Railway Co., | ) | No. CV 07-08068-PCT-PGR |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| Coconino Land and Cattle LLC | ) | |
| Defendant. | ) | |

On January 20, 2011, Coconino filed a motion seeking a temporary stay, citing a proposed land exchange that might resolve the issues in this litigation. (Doc. 241.) BNSF filed a response objecting to the motion and stating that settlement is not likely. (Doc. 242.) In its reply Coconino reiterated its position that settlement is possible and indicated its willingness to discuss the matter in a conference with the Court. The Court agrees that a status conference is appropriate.

Accordingly,

IT IS HEREBY ORDERED setting a status conference for **Monday, February 14, 2011, at 11:00 a.m.**

IT IS FURTHER ORDERED that counsel may appear telephonically. They must call 602-322-7510 on one clear line no later than 10:55 a.m.

DATED this 8th day of February, 2011.

Paul G. Rosenblatt
United States District Judge