**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BNSF Railway Co., | No. 07-8068-PCT-PGR |
| Plaintiff, | |
| vs. | **ORDER** |
| Coconino Land and Cattle LLC | |
| Defendant. | |

Before the Court is Coconino's Motion for Temporary Stay of Proceedings. (Doc. 241.) On February 14, 2011, the Court held a status conference and hearing on the motion. Coconino indicated that it is in the process of negotiating a land exchange with a nearby property owner. Because this transaction, if completed, might resolve the access issues that are the basis of this litigation and lead to a settlement, the Court concludes that a temporary stay is appropriate. The Court reiterates that if requested by the parties, it will make available the services of a judicial officer to assist in the settlement negotiations.

Accordingly,

IT IS HEREBY ORDERED that Coconino's Motion for Temporary Stay of Proceedings (Doc. 241) is granted. The case is stayed until April 4, 2011.

IT IS FURTHER ORDERED that a status conference will be held on Monday, March 7, 2011, at 11:00 a.m., in Courtroom 601, Phoenix, Arizona.

/ / /

/ / /

1     IT IS FURTHER ORDERED that oral argument on all pending motions will be held
2 on Tuesday, April 19, 2011, at 9:30 a.m., in Courtroom 601, Phoenix, Arizona.
3     DATED this 16th day of February, 2011.

Paul G. Rosenblatt
United States District Judge