**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| BNSF Railway Co., | ) | No. 07-8068-PCT-PGR |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| Coconino Land and Cattle LLC | ) | |
| Defendant. | ) | |

The Court held a status conference on April 4, 2011. Coconino indicated that a new closing date of April 29, 2011, has been set for the land-exchange transaction that will resolve the issues involved in this litigation.

Accordingly,

IT IS HEREBY ORDERED setting a status conference for **Monday, May 2, 2011, at 11:00 a.m.**

IT IS FURTHER ORDERED vacating the April 19, 2011 oral argument hearing date. Oral argument on all pending motions will be heard on **Monday, May 23, 2011, at 9:30 a.m.**

DATED this 4th day of April, 2011.

Paul G. Rosenblatt
United States District Judge