**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| BNSF Railway Co., | ) | No. 07-8068-PCT-PGR |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| Coconino Land and Cattle LLC, | ) | |
| Defendant. | ) | |

On June 13, 2011, the Court referred this matter to the Circuit Mediation Office of the Ninth Circuit Court of Appeals. (Docs. 264, 265.)

Accordingly,

IT IS HEREBY ORDERED vacating oral argument set for July 13, 2011.

DATED this 5th day of July, 2011.

Paul G. Rosenblatt
United States District Judge