**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| BNSF Railway Co., | ) | No. CV 07-8068-PCT-PGR |
| Plaintiff, | ) ) | |
| vs. | ) | |
| Coconino Land and Cattle LLC, | ) ) | **ORDER** |
| Defendant. | ) ) | |
| | ) | |

Pursuant to stipulation by the parties (Doc. 275), and good cause appearing,

IT IS ORDERED releasing the $1,000 cost bond posted October 1, 2009, by Coconino Land & Cattle, LLC. The funds shall be made payable to counsel, Anthony H. Misseldine, in trust for Coconino Land & Cattle, LLC.

DATED this 22nd day of January, 2013.


Paul G. Rosenblatt
United States District Judge